PLAINTIFF/PETITIONER/MOVANT'S NAME  RANDE ROSS

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS  PO BOX 180104
CORONADO CA
92178
619 997 0795

# United States District Court
## Southern District Of California

RANDE ROSS
,
Plaintiff/Petitioner/Movant

① County of San Diego (~~Board of Supervisors~~)
v.
San Diego Sheriff's Department
Deputy William Karr
William Karr
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, RANDE ROSS declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?          ☐ Yes ☐ No
   Do you receive any payment from the institution? ☐ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                        ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   *Approx 1990 Equitable Life, approx $29,000/yr.*
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☐ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☐ No
   c. Pensions, annuities or life insurance ☐ Yes ☐ No
   d. <u>Disability</u> or workers compensation ☒ Yes ☐ No
   e. Social Security, disability or other welfare ☐ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☐ No
   f. Spousal or child support ☐ Yes ☐ No
   g. Any other sources ☐ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   *Approx $2100/month private disability*
   _____

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): *Washington Mutual Bank, Rancho San Diego CA*
   b. Present balance in account(s): *Approx $400*

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: *Infinity G20*  Year: *1993*  Model: *G20 / Chevrolet 1996*
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☒ Yes  ☐ No
   If "Yes" describe the property and state its value. _1 single family dwelling est without research to be valued at approx $425,000_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. ∅

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   Credit card debt approx $25K total est - various
   delinquent Medical bills past ~~due~~ - $7,000 est - various
   Mortg + taxes $1650/mo -est- Washington Mutual
   Insurance - AAA - auto, home - av $150/month
   Brought home out of pending foreclosure 11/07 but am late on payments as of today

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    Jewelry - approx $? - cannot accurately estimate
    Art - approx $1500.00 total - (estimate without research)
    * I will try to inquire/ research as to value of jewelry + provide

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____     _Randa Doss_____
DATE                        SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)     -3-     ::ODMA\PCDOCS\WORDPERFECT\22835\1